IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

ANDREW PERRONG,

        Plaintiff

vs.

MLA INTERNATIONAL AND JOSE AYALA

        Defendants.

Case No. 6:20-cv-01606

JURY TRIAL DEMANDED

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW Plaintiff Andrew Perrong and responds to the Court's Order to Show Cause (ECF No. 27), and respectfully requests that the Court permit the Plaintiff to file a Request for Clerk's Entry of Default pursuant to Fed. R. Civ. P. 55(a) against both Defendants, a proposed copy of which is attached as Exhibit A. By way of further answer, the Plaintiff would like to explain his delay in drafting and filing the same.

As the Court's Order states, the Plaintiff filed the Second Amended Complaint in this action on July 21, 2021. However, the Plaintiff had desired to secure personal service upon the Defendants, as opposed to merely serving Defendants a copy of the Second Amended Complaint by mail, out of concern for Defendants' due process rights or a claim that Defendants did not receive the same. Accordingly, Defendants were served personally at Defendant Ayala's home address on August 16, 2021, after multiple evasive attempts. Copies of the affidavits of service are attached herein as Exhibit B. The Plaintiff therefore calculated September 6 as the date to file a responsive pleading.

1

Although the Plaintiff had reviewed the Local Rules of Civil Procedure prior to filing this action, being from outside the jurisdiction, the provisions of Local Rule 1.10(b) did not come to mind. Throughout September, including September 6, the Plaintiff was also suffering from an illness which set his work and other obligations back substantially. Early October came and went without Plaintiff considering Local Rule 1.10(b), and without moving for an entry of default or a default judgment motion.

The Plaintiff recognizes the importance of court-imposed and rule-imposed deadlines in securing the just, speedy, and inexpensive determination of every action and proceeding, and the impact the pendency of the entry of default had on caseload and docket management. *See* FED. R. CIV. P. 1. The Plaintiff apologizes to the Court for his delay in drafting and proposing to file the attached Request for Clerk's Entry of Default, attached as Exhibit A.

The Plaintiff respectfully requests that the Court grant Plaintiff permission to file the Request for Clerk's Entry of Default attached as Exhibit A. Once filed and default is entered, the Plaintiff will move for default judgment with the utmost promptitude.

Dated: **October 27, 2021**

_____/s/_____
Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I filed the foregoing with the Clerk of the Court electronically using the Coronavirus electronic filing form.

_____/s/_____
Andrew Perrong