UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW PERRONG,

      Plaintiff,

v.   Case No: 6:20-cv-1606-RBD-EJK

MLA INTERNATIONAL, INC. and
JOSE AYALA,

      Defendants.

## ORDER

One October 8, 2021, the Court entered an Order to Show Cause directing the Plaintiff to show cause why the Complaint against Defendants MLA International, Inc. and Jose Ayala should not be dismissed for failure to prosecute pursuant to Local Rule 3.10. (Doc. 27). The Plaintiff responded, informing the Court the reason for his delay and requesting leave to file a Request for Clerk's Entry of Default[1]. (Doc. 28). In light of the responses the Order to Show Cause is discharged.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The Court's October 8, 2021 Order to Show Cause (Doc. 27) is **DISCHARGED.**

2. The Clerk is **DIRECTED** to file the Plaintiff's Proposed Request for Clerk's Entry of Default Against Defendants (Doc. 28-1) and the Affidavit of Service (Doc. 28-2) as separate docket entries.

---

[1] The Plaintiff filed the proposed Request for Clerk's Entry of Default and the Affidavit of Services as Exhibit A and B.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 3, 2021.



Copies:  Counsel of Record