**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANDREW PERRONG,**

      **Plaintiff,**

**v.**                                        **Case No: 6:20-cv-1606-RBD-EJK**

**MLA INTERNATIONAL, INC. and**
**JOSE AYALA,**

      **Defendants.**
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **JOSE AYALA** in Orlando, Florida on the 8th day of November, 2021.

                                                        ELIZABETH M. WARREN, CLERK

                                                                   s/knc, Deputy Clerk

Copies furnished to:

Counsel of Record