UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW PERRONG,

    Plaintiff,

v.                                                      Case No. 6:20-cv-1606-RBD-EJK

MLA INTERNATIONAL, INC.; and
JOSE AYALA,

    Defendants.
_____

**ORDER**

Before the Court are:

1.     Plaintiff's Motion for Default Judgment (Doc. 34 ("Motion")); and

2.     U.S. Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 36 ("R&R")).

Here, Plaintiff moved for a default judgment, seeking damages. (Doc. 34.) On referral, Judge Kidd recommended granting the Motion and entering judgment in the form of damages as well as an injunction. (Doc. 35.) There were no objections, but given that the Motion did not seek an injunction, the Court declines to adopt the portion of the R&R recommending that the Court grant one. *See* Local Rule 3.01(a); 28 U.S.C. § 636(b). Otherwise, the remainder of the R&R is due to be adopted and damages granted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 34) is **ADOPTED IN PART AND REJECTED IN PART**:

    a. The R&R is **REJECTED** insofar as the Court declines to enter an injunction. Plaintiff should not file a proposed injunction order.

    b. In all other respects, the R&R is **ADOPTED**.

2. Plaintiff's Motion (Doc. 36) is **GRANTED IN PART AND DENIED IN PART**:

    a. The Motion is **GRANTED** insofar as the Clerk is **DIRECTED** to enter judgment in favor of Plaintiff Andrew Perrong and against Defendants MLA International, Inc. and Jose Ayala in the amount of $39,000.00 in statutory damages.

    b. In all other respects, the Motion is **DENIED**.

3. Once judgment is entered, the Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 18, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:
*Pro se* Plaintiff Andrew Perrong